# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1056**                                    **September Term, 2023**

**USTC-5903-19W**

**Filed On:** October 12, 2023

In re: Sealed Case,

**BEFORE:**    Wilkins, Katsas, and Walker, Circuit Judges

# UNDER SEAL JUDGMENT NOT AVAILABLE TO THE PUBLIC